IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEVE CLIFF, AIS # 142970,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 14-0140-WS-N |
| **KIM THOMAS, <u>et al.</u>,** | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 29th day of January, 2015.

s/WILLIAM H. STEELE
 **CHIEF UNITED STATES DISTRICT JUDGE**