IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEVE CLIFF, AIS # 142970,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 14-0140-WS-N** |
| **KIM THOMAS, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 29th day of January, 2015.

                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE